

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

**Defendant:** **Advantage Sales & Marketing LLC dba Advantage Solutions**
**Bankruptcy Case:** **HRB Winddown, Inc.**
**Preference Period:** **Sep 19, 2019 - Dec 18, 2019**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081283P | $51,852.96 | 12/5/2019 | SINV10-003069894 | 10/31/2019 | $600.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081283P | $51,852.96 | 12/5/2019 | COMM 10.31.19 | 10/31/2019 | $95,050.43 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080774Q | $17,537.73 | 10/31/2019 | SINV10-002977706 | 9/30/2019 | $850.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080774Q | $17,537.73 | 10/31/2019 | SINV10-002899120 | 9/9/2019 | $500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080774Q | $17,537.73 | 10/31/2019 | COMM 9.30.19 | 9/30/2019 | $65,219.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080410P | $55,705.99 | 10/3/2019 | SINV10-002816653 | 7/31/2019 | $500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080410P | $55,705.99 | 10/3/2019 | COMM 8.31.19 | 8/31/2019 | $86,984.97 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080410P | $55,705.99 | 10/3/2019 | COMM 7.31.19 | 7/31/2019 | $82,815.84 |

**Totals:**     **3 transfer(s),**     **$125,096.68**

Advantage Sales & Marketing LLC dba Advantage Solutions (2266211)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021                                    Exhibit A                                    P. 1